UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOVHANNES MARGARYAN,

Petitioner,

v.

WARDEN OF CITY OF CALIFORNIA
DETENTION, et al.,

Respondents.

No. 1:25-cv-01582-EFB (HC)

ORDER

On January 23, 2026, the court granted petitioner's petition for writ of habeas corpus. ECF No. 20. In the same order, the court ordered the parties to submit a status report regarding petitioner's custody within seven days. *Id.* No response to the order has been filed. Accordingly, IT IS HEREBY ORDERED that, no later than February 13, 2026, the parties shall file a joint status report regarding petitioner's custody status.

DATED: February 9, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1